IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DARRYL A. ALEXANDER v. TRANSUNION | CIVIL ACTION NO. 23-2750 |
|---|---|

## ORDER RE: SUMMARY JUDGMENT

AND NOW, this 6th day of June, 2024, having reviewed Defendant's Motion for Summary Judgment and Statement of Material Facts, ECF 31, receiving no response from Plaintiff, ECF 34, and assessing Defendant's motion on the merits, this Court **GRANTS summary judgment** for Defendant.

BY THE COURT:

/s/ Michael M. Baylson

_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 23\23-2750 Alexander v. Transunion\23cv2750 Order Granting SJ.doc